THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CASE NO. 2:13-cv-01866-JLR |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.* | |
| Defendants. | NOTE ON MOTION CALENDAR: November 7, 2014 |

Having reviewed the pleadings and the administrative record in this case, it is hereby:

1. ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

2. FURTHER ORDERED that the Court DECLARES that because of the arbitrary and capricious approval of Oregon and Washington's lists of impaired waters, and because of the failure to identify impaired waters due to ocean acidification, Defendants are in violation of their duties under the Clean Water Act, 33 U.S.C. § 1313(d).

[PROPOSED] ORDER
2:13-CV-01866-JLR                    1

3. FURTHER ORDERED that Defendants complete a new review of Oregon and Washington's list of impaired waters and identify waters impaired by ocean acidification consistent with the requirements of the Clean Water Act and implementing regulations within 30 days of the date of this order.

IT IS SO ORDERED.

Dated this _____ day of _____, 2014.

_____
James L. Robart
United States District Judge

Presented by: */s/ Emily Jeffers*
Emily Jeffers

CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
(415) 632-5309

[PROPOSED] ORDER
2:13-CV-01866-JLR                2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2014, I electronically filed Plaintiff Center for Biological Diversity's Proposed Order with the Clerk of the Court for the United States District Court – Western District of Washington by using the CM/ECF system. Participants in this case 2:13-cv-01866-JLR who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Emily Jeffers*
Emily Jeffers

Certificate of Service
Case 2:13-cv-01866-JLR

CENTER for BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
(206) 327-2344