THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>Defendants. | Case No. 2:13-cv-01866-JLR<br><br>ORDER GRANTING AMICI SCIENTISTS' MOTION FOR LEAVE TO FILE AMICUS BRIEF<br><br>NOTE ON MOTION CALENDAR SEPTEMBER 12, 2014 |

**PROPOSED ORDER**

THIS MATTER comes before the Court on motion for leave to file an amicus brief from Proposed Amici Scientists Ken Caldeira and Jane Lubchenco ; having thoroughly considered amici's briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS Amici Scientists' motion for leave to file amicus brief.

Dated this 3rd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

CENTER FOR BIOLOGICAL DIVERSITY v. EPA
PROPOSED AMICI SCIENTISTS PROPOSED ORDER
MOTION FOR LEAVE TO FILE AMICUS BRIEF
No. 2:13-cv-01866-JLR

1

*Envt'l and Nat'l Resources Law Clinic*
*Vermont Law School*
*PO Box 96; 164 Chelsea Street*
*South Royalton, VT 05068*
*802-831-1630*

Presented By:

s/ Patrick Parenteau
Patrick Parenteau *(Pro Hac Vice)*
Environmental and Natural Resources Law Clinic
Vermont Law School
South Royalton, VT 05068
(802) 485-6412 | Phone
(802) 831-1630 | Fax
pparenteau@vermontlaw.edu


s/ Todd D. True
TODD D. TRUE (WSB #12864)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
ttrue@earthjustice.org

*Attorneys for Proposed Amici Scientists*

CENTER FOR BIOLOGICAL DIVERSITY v. EPA
PROPOSED AMICI SCIENTISTS PROPOSED ORDER
MOTION FOR LEAVE TO FILE AMICUS BRIEF
No. 2:13-cv-01866-JLR

2

*Envt'l and Nat'l Resources Law Clinic*
*Vermont Law School*
*PO Box 96; 164 Chelsea Street*
*South Royalton, VT 05068*
*802-831-1630*