|   |   |   |
|---|---|---|
| 1 |   | THE HONORABLE JAMES L. ROBART |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| CENTER FOR BIOLOGICAL DIVERSITY, | No. 2:13-cv-01866-JLR |
|---|---|
| Plaintiff, | |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA McCARTHY, Administrator; and DENNIS McLERRAN, Region 10 Administrator, United States Environmental Protection Agency, | *AMICI CURIAE'S* MOTION FOR LEAVE TO FILE REPLY BRIEF<br><br>NOTE ON MOTION CALENDAR: November 7, 2014 |
| Defendants. | |

*Amici curiae* Western States Petroleum Association and American Petroleum Institute (the "Associations") respectfully request leave to file a reply brief in the above-captioned matter.[1] The Associations' short proposed reply brief is attached to this motion.[2] The plaintiff's counsel has stated that the plaintiff objects to this motion. The defendants' counsel has stated that the defendants take no position on this motion.

---

[1] The Associations are not permitted to file a reply memorandum without obtaining this Court's authorization to do so. *See* Dkt. 22 at 21.

[2] The Associations have limited their proposed reply brief to 7.5 pages (one-half the length of their primary brief), consistent with the Court's briefing schedule, which allows for the defendant to file a reply brief that is one-half the length of its primary brief.

*AMICI'S* MOTION FOR LEAVE TO FILE REPLY BRIEF
(2:13-cv-01866-JLR) - 1

The Associations' proposed reply brief is limited to the sole issue of whether the plaintiff has satisfied the Article III standing requirements. Standing is an important jurisdictional issue in this case that must be addressed by the Court prior to consideration of the merits of the plaintiff's claims. The Associations' proposed reply brief addresses, among other things, certain key misstatements of statutory and case law contained in the plaintiff's response brief that were not presented in the plaintiff's opening brief and that will otherwise go unanswered. The proposed reply brief is limited to addressing the plaintiffs' response arguments and, accordingly, the plaintiff is not prejudiced by the filing of the proposed reply brief, particularly considering that the plaintiff has already had two opportunities to address standing. On the other hand, the filing of the proposed reply brief will allow for full development of the threshold standing question presented in this case. For these reasons, the Associations respectfully request leave to file the attached proposed reply brief.

DATED: October 23, 2014.

STOEL RIVES LLP

*/s/ Ryan P. Steen*
Ryan P. Steen, WSBA No. 39922
Jeffrey W. Leppo, WSBA No. 11099
Daniel K. Lee, WSBA No. 46796
rpsteen@stoel.com
jwleppo@stoel.com
dklee@stoel.com

600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

Attorneys for Western States Petroleum Association and American Petroleum Institute

*AMICI'S* MOTION FOR LEAVE TO FILE REPLY BRIEF
(2:13-cv-01866-JLR) - 2

77413501.1 0078439-00012

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2014, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – Western District of Washington by using the CM/ECF system. Participants in this Case No. 2:13-cv-01866-JLR who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ryan P. Steen*
Ryan P. Steen

*AMICI'S* MOTION FOR LEAVE TO FILE REPLY BRIEF
(2:13-cv-01866-JLR) - 3

77413501.1 0078439-00012

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*