THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA McCARTHY, Administrator; and DENNIS McLERRAN, Region 10 Administrator, United States Environmental Protection Agency,<br><br>　　　　　　Defendants. | No. 2:13-cv-01866-JLR<br><br>*AMICI CURIAE'S* **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF**<br><br>NOTE ON MOTION CALENDAR: November 7, 2014 |

*Amici curiae* Western States Petroleum Association and American Petroleum Institute (the "Associations") respectfully submit this reply to the opposition filed by the plaintiff. *See* Dkt. 60. The Associations do not dispute that courts generally limit the role of *amici*. Indeed, the Court so provided in its order granting leave to the Associations to participate as *amici* and limiting the Associations to one brief unless leave to file a reply was obtained. *See* Dkt. 22 at 21. Contrary to the plaintiff's implication, Ninth Circuit rules are not binding in this matter and the Court, in its discretion, may use those rules as guidance or proceed in the manner it deems just and appropriate under the circumstances. *See, e.g., Salmon Spawning & Recovery Alliance v. Lohn*, No. 06-1462, 2008 U.S. Dist. LEXIS 30809 at *4, Dkts. 22 and 36 (W.D. Wash. Mar. 20, 2008) (amici reply brief permitted by court order and filed in case).

*AMICI'S* REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF
(2:13-cv-01866-JLR) - 1

1   The plaintiff's opposition simply restates what the plaintiff views as a general rule
2   without engaging in any consideration of the extraordinary circumstances present here.  In a
3   nutshell, those circumstances are these:  (i) the Associations have addressed standing, which is
4   an issue that the plaintiff bears the burden of establishing as a matter of Article III jurisdiction
5   and as to which the Court must rule before reaching the issues briefed by the parties; (ii) standing
6   has not been addressed by the defendants and, accordingly, a reply in this context is not
7   duplicative, but rather meets the traditional purpose of a reply; (iii) the plaintiff raised new
8   arguments and misstated the content of applicable law and these matters will go unaddressed
9   unless the Associations' proposed reply brief is considered; and (iv) the burden associated with
10  consideration of the proposed reply brief is very limited because the proposed brief is short and
11  entirely responsive (and the plaintiff does not argue otherwise).  Accordingly, the Associations
12  respectfully request that the Court grant their motion for leave to file a reply brief in this matter.

14  DATED:  October 29, 2014.

STOEL RIVES LLP

*/s/ Ryan P. Steen*
Ryan P. Steen, WSBA No. 39922
Jeffrey W. Leppo, WSBA No. 11099
Daniel K. Lee, WSBA No. 46796
rpsteen@stoel.com
jwleppo@stoel.com
dklee@stoel.com

600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

Attorneys for Western States Petroleum
Association and American Petroleum Institute

*AMICI'S* REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF
(2:13-cv-01866-JLR) - 2

77496093.1 0078439-00012

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – Western District of Washington by using the CM/ECF system.  Participants in this Case No. 2:13-cv-01866-JLR who are registered CM/ECF users will be served by the CM/ECF system.

                                        */s/ Ryan P. Steen*
                                        Ryan P. Steen

*AMICI'S* REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF
(2:13-cv-01866-JLR) - 3

77496093.1 0078439-00012

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*