1
2
3
4
5
6
7

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

CENTER FOR BIOLOGICAL
DIVERSITY,

No. 2:13-cv-01866-JLR

9

                    Plaintiff,

10

        v.

11

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; GINA
McCARTHY, Administrator; and DENNIS
McLERRAN, Region 10 Administrator,
United States Environmental Protection
Agency,

***AMICI CURIAE'S* NOTICE
REGARDING ORAL ARGUMENT**

12
13
14
15

                    Defendants.

16

17      *Amici curiae* Western States Petroleum Association and American Petroleum Institute

18   (the "Associations") respectfully provide notice to the Court and to the Parties that their counsel

19   will attend the oral argument that has been scheduled for February 12, 2015.  The Associations'

20   counsel will be available, upon request of the Court, to appear before the Court and address the

21   standing issues presented in this case.

22
23
24
25
26

*AMICI'S* NOTICE REGARDING ORAL ARGUMENT
(2:13-cv-01866-JLR) - 1

1

DATED:  February 10, 2015.

2                                STOEL RIVES LLP

3                                */s/ Ryan P. Steen*

4                                Ryan P. Steen, WSBA No. 39922
Jeffrey W. Leppo, WSBA No. 11099

5                                rpsteen@stoel.com
jwleppo@stoel.com

6

7                                600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

8

9                                Attorneys for Western States Petroleum
Association and American Petroleum Institute

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*AMICI'S* NOTICE REGARDING ORAL ARGUMENT
(2:13-cv-01866-JLR) - 2

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on February 10, 2015, I filed a true and correct copy of the foregoing

3  document with the Clerk of the Court for the United States District Court – Western District of

4  Washington by using the CM/ECF system.  Participants in this Case No. 2:13-cv-01866-JLR

5  who are registered CM/ECF users will be served by the CM/ECF system.

6

                        */s/ Ryan P. Steen*

7                        Ryan P. Steen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*AMICI'S* NOTICE REGARDING ORAL ARGUMENT
(2:13-cv-01866-JLR) - 3

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*